UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALARM CLUB, INC. d/b/a GEOARM SECURITY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 3:23-CV-0082 ) |
| RCE GROUP, LLC d/b/a MONITORU SMARTHOME SECURITY & SURVEILLANCE, | ) Hon. William L. Campbell, Jr ) ) Magistrate Judge Jeffery S. Frensley ) |
| Defendant. | ) ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Alarm Club Inc. d/b/a GeoArm Security and Defendant RCE Group LLC d/b/a MonitorU Smarthome Security & Surveillance, through their undersigned counsel, jointly stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of this civil action with prejudice under the terms of their confidential Settlement and Release Agreement, all parties to bear their own costs.

Respectfully submitted April 5, 2024.

**LEWIS THOMASON, P.C.**

s/ Nicholas L. Vescovo
Nicholas L. Vescovo (#30387)
nvescovo@lewisthomason.com
Isaac S. Lew (#36702)
ilew@lewisthomason.com
40 S. Main St., Suite 2900
Memphis, TN 38103
Telephone: (901) 525-8721
*Counsel for Defendant*

**LAW OFFICE OF AUTUMN WITT BOYD, PLLC**

By: s/*Autumn Witt Boyd*
Autumn Witt Boyd,
Tennessee Bar No. 023972
240 Forest Ave. Suite 403
Chattanooga, TN 37405
Telephone: (423) 756-6013
awb@awbfirm.com

*and*

/s/ *Justin B. Levine*
Justin B. Levine, Esq.
Florida Bar No. 106463
COLE, SCOTT & KISSANE, P.A.
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 612-3459
Facsimile (561) 683-8977
Primary e-mail: justin.levine@csklegal.com
Secondary e-mail:
patricia.martel@csklegal.com

*Counsel for Plaintiff Alarm Club Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 5, 2024, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all Parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

s/Autumn Witt Boyd
Autumn Witt Boyd